**Frank Farrelli, appellee, v. Pere Marquette Railroad Company, appellant. Gen. No. 31,376.**

Action for personal injuries incurred in work under Federal Employers' Liability Act. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 14, 1927.

Glennon, Cary, Walker & Murray, for appellant; Sidney C. Murray and Marvin A. Jersild, of counsel. Finn & Miller, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Isidore Fried, complainant, v. Frank L. Ehlschlager and Caroline L. Ehlschlager, appellees. Morris H. Jacobson and Sarah Jacobson, defendants, appellants, on appeal of Sarah Jacobson. Gen. No. 31,569.**

Interpleader on fund claimed by defendants severally. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed March 14, 1927.

J. S. Dudley, for appellants. G. A. Buresh, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Napoleon Simenas, appellee, v. City of Chicago et al., appellants. Gen. No. 31,587.**

Petition for mandamus to compel issuance of beverage license. Writ granted. Appeal from the Superior Court of Cook county; the Hon. Charles A. Williams, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed March 14, 1927.

Francis X. Busch, Corporation Counsel, for appellants; Roy S. Gaskill, Michael L. Rosinia and W. Arnold Amberg, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**H. L. Vette, complainant, v. William H. Brown et al., defendants. Gerald D. O'Niel, plaintiff in error, v. Emmet J. Cleary et al., defendants in error. Gen. No. 31,639.**

Writ of error on order refusing to allow the filing of a petition for bill of review and on order issuing a writ of assistance. Error to the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 14, 1927.

Eric Winters and Harry Hamill, for plaintiff in error. Rathje & Connor, for certain defendants in error; Emmet J. Cleary, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.